# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

GUILLERMO MANZO OCHOA,   ) CV 08-00044-SH
                         )
    Plaintiff,           ) JUDGMENT
  v.                       )
                         )
MICHAEL J. ASTRUE,       )
Commissioner of Social Security )
Administration,          )
                         )
    Defendant.           )
_____ )

IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision of the Commissioner is reversed and remanded for recalculation of benefits in accordance with this Decision.

DATED: June 22, 2009

_____/ S /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE